**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00498-CR
No. 05-12-01447-CR

**DENNIS EDWARD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-35087-Y, F08-35085-Y**

## ORDER

On May 16, 2013, this Court ordered appellant to file his brief in the above appeals within thirty days. To date, appellant has neither filed his brief nor communicated with the Court regarding the status of the brief. We have already adopted a finding that appellant is not indigent and is represented by retained counsel.

Accordingly, we **ORDER** appellant to file his brief by **JULY 15, 2013**. If appellant's brief is not filed by that date, the Court will, without further notice, submit the appeals without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/      DAVID EVANS
           JUSTICE